No. 68707.—Joseph F. Scott Co. et al. *v.* United States, protests 63/17941, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ballerina dolls similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.

No. 68708.—Dingelstedt & Co. and Zenith Novelty Co. *v.* United States, protests 63/16166 and 63/14745 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

No. 68709.—John J. Atkinson *v.* United States, protest 63/19332 (Denver).

Opinion by OLIVER, C. J. An examination of the official papers disclosing that the protest was not filed within 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.